FILED
CHARLOTTE, NC

AUG 19 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25CR230-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **BILL OF INDICTMENT** |
| ) | |
| v. ) | Violation: 8 U.S.C. § 1326(a) |
| ) | |
| CARLOS ROSALES-MORALES, a/k/a ) | |
| CARLOS BILYVALDO ROSALES-MORALES ) | |
| ) | |

## THE GRAND JURY CHARGES:

### COUNT ONE

On or about July 27, 2025, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**CARLOS ROSALES-MORALES, a/k/a
CARLOS BILYVALDO ROSALES-MORALES**

an alien previously removed from the United States on or about October 6, 2023, at or near Laredo, Texas, was found in the United States after having knowingly entered the United States, and without having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

███████████████

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

_/s/ Kenneth M. Smith_
KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY